1  KEKER, VAN NEST & PETERS LLP
   JOHN W. KEKER - # 49092
2  jkeker@keker.com
   R. JAMES SLAUGHTER - # 192813
3  rslaughter@keker.com
   BRYN WILLIAMS - # 301699
4  bwilliams@keker.com
   NICHOLAS R. GREEN - # 323959
5  ngreen@keker.com
   633 Battery Street
6  San Francisco, CA 94111-1809
   Telephone:     415 391 5400
7  Facsimile:     415 397 7188

8  Attorneys for Plaintiff ANNE KIRKPATRICK

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO/OAKLAND DIVISIONS

| | |
|---|---|
| ANNE KIRKPATRICK, an individual, | Case No. 4:20-cv-5843 |
| Plaintiff, | **CERTIFICATE OF INTERESTED PARTIES** |
| v. | |
| THE CITY OF OAKLAND, CALIFORNIA, a public corporation, | |
| Defendant. | |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: August 19, 2020                                        KEKER, VAN NEST & PETERS LLP

By: */s/ R. James Slaughter*
JOHN W. KEKER
R. JAMES SLAUGHTER
BRYN WILLIAMS
NICHOLAS R. GREEN

Attorneys for Plaintiff ANNE KIRKPATRICK