|   |   |
|---|---|
| 1 | KATHARINE VAN DUSEN (State Bar No. 276021) |
|   | KENNETH NABITY (State Bar No. 287927) |
| 2 | DONOVAN L. BONNER (State Bar No. 329593) |
|   | COBLENTZ PATCH DUFFY & BASS LLP |
| 3 | One Montgomery Street, Suite 3000 |
|   | San Francisco, California  94104-5500 |
| 4 | Telephone:  415.391.4800 |
|   | Facsimile:   415.989.1663 |
| 5 | Email:         ef-ktv@cpdb.com |
|   |                     ef-kpn@cpdb.com |
| 6 |                     ef-dlb@cpdb.com |

Attorneys for Defendant
CITY OF OAKLAND, CALIFORNIA

JOHN W. KEKER (State Bar No. 49092)
R. JAMES SLAUGHTER (State Bar No. 192813)
BRYAN WILLIAMS (State Bar No. 301699)
NICHOLAS GREEN (State Bar No. 323959)
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, California  94111-1809
Telephone:  415.391.5400
Facsimile:   415.397.7188
Email:         jkeker@keker.com
                     rslaughter@keker.com
                     bwilliams@keker.com
                     ngreen@keker.com

Attorneys for Plaintiff
ANNE KIRKPATRICK

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| ANNE KIRKPATRICK, an individual, | Case No. 3:20-cv-05843-JSC |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE DEADLINE TO FILE RESPONSIVE PLEADING** |
| v. |  |
| THE CITY OF OAKLAND, CALIFORNIA, a public corporation, |  |
| Defendant. | Action Filed:  August 19, 2020 |

1. Pursuant to Local Rule 6-1(a), Plaintiff Anne Kirkpatrick and Defendant City of Oakland, California, by and through their respective counsel, hereby stipulate and agree that:

1. The date by which Defendant must answer or otherwise respond to the Complaint (Docket No. 1) shall be continued from September 11, 2020, to October 12, 2020.

2. Defendant will make its General Order 71 production within thirty (30) days of the date of the filing of its responsive pleading, unless the Court orders otherwise for good cause shown.

DATED:  September 4, 2020        COBLENTZ PATCH DUFFY & BASS LLP

                                 By:    */s/ Katharine Van Dusen*
                                        KATHARINE VAN DUSEN
                                        Attorneys for Defendant
                                        CITY OF OAKLAND, CALIFORNIA

DATED:  September 4, 2020        KEKER, VAN NEST & PETERS LLP

                                 By:    *R. James Slaughter*
                                        R. JAMES SLAUGHTER
                                        Attorneys for Plaintiff
                                        ANNE KIRKPATRICK

**ATTESTATION REGARDING SIGNATURES**

I, Katharine Van Dusen, am the ECF user whose identification and password are being used to file the foregoing STIPULATION TO CONTINUE DEADLINE TO FILE RESPONSIVE PLEADING.  In compliance with Local Rule 5-1(i)(3), I hereby attest that all parties have concurred in this filing.

                                        */s/ Katharine Van Dusen*