UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE KIRKPATRICK,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF OAKLAND, CALIFORNIA,<br><br>    Defendant. | Case No. 20-cv-05843-JSC<br><br>**ORDER RE: CITY ATTORNEY CUSTODIAN DISCOVERY DISPUTE**<br><br>Re: Dkt. No. 36 |

Pending before the Court is a joint letter from the parties regarding a discovery dispute about Plaintiff's demand for documents from certain Oakland City Attorney custodians. (Dkt. No. 36.) Upon review of the letter, oral argument is not required. *See* N.D. Cal. Civ. L.R. 7-1(b). The Court adopts Defendant's proposal in full. Plaintiff's insistence that her request is like any other document request ignores that it is not the norm to request documents from a defendant's attorney. Further, Plaintiff offers no explanation as to why Defendant's agreement to produce or log any communications between the Oakland City Attorney's Office and any of the 45 other defendant custodians will not identify all relevant communications. Plaintiff's inability to identify any such likely missing communications suggests that Defendant's proposal is sufficient. At the very least, Plaintiff has not persuaded the Court that it is not. Plaintiff's request is DENIED.

This Order disposes of Docket No. 36.

**IT IS SO ORDERED.**

Dated: May 21, 2021

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge