KEKER, VAN NEST & PETERS LLP
JOHN W. KEKER - # 49092
jkeker@keker.com
R. JAMES SLAUGHTER - # 192813
rslaughter@keker.com
BRYN WILLIAMS - # 301699
bwilliams@keker.com
NICHOLAS GREEN - # 323959
ngreen@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Plaintiff ANNE KIRKPATRICK

KATHARINE VAN DUSEN (State Bar No. 276021)
KENNETH NABITY (State Bar No. 287927)
DONOVAN L. BONNER (State Bar No. 329593)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500
Telephone: 415-391-4800
Facsimile: 415-989-1663
Email:     ef-ktv@cpdb.com
           ef-kpn@cpdb.com
           ef-dlb@cpdb.com

Attorneys for Defendant THE CITY OF OAKLAND, CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANNE KIRKPATRICK,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF OAKLAND, CALIFORNIA,<br>a public corporation,<br><br>Defendant. | Case No. 20-cv-05843<br><br>**UPDATED JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:     June 10, 2021<br>Time:     1:30 p.m.<br>Judge:    Hon. Jacqueline S. Corley<br><br>Date Filed: August 19, 2020<br><br>Trial Date: May 16, 2022 |

Pursuant to Fed. R. Civ. P. 26(f) and 16, Local Rule 16-10(d), the Court's Standing Order governing case management statements, and the Court's March 25, 2021 Minute Order (Dkt. 35), Plaintiff Anne Kirkpatrick ("Plaintiff") and Defendant the City of Oakland, California ("Defendant" or "the City"), hereby submit the following Updated Joint Case Management Statement. The Parties incorporate by reference their prior Joint Case Management Statements and provide this report regarding progress of this matter since the March 25, 2021 Case Management Conference.

## I.   ADR/SETTLEMENT

The Parties have not engaged in significant settlement negotiations since the February 10, 2021 early settlement conference with Chief Magistrate Judge Spero. The Parties remain open to continued dialogue regarding a negotiated resolution, but believe that additional discovery and depositions are likely necessary before further ADR vehicles prove fruitful.

## II.   DISCOVERY

The Parties have completed initial disclosures under General Order 71 and begun formal discovery. Both sides have served interrogatories and requests for production and agreed to forego privilege logging for communications between litigation counsel and each respective party. Both sides have committed to rolling productions of responsive materials throughout this summer.

Chief Kirkpatrick has also served third-party discovery on Robert Warshaw, the independent monitor overseeing the Oakland Police Department's compliance with the terms of the Negotiated Settlement Agreement in *Allen v. City of Oakland*. Mr. Warshaw, citing orders in *Allen*, declined to respond to the subpoena until authorized to do so by the *Allen* Court. Chief Kirkpatrick moved to compel Mr. Warshaw's compliance with her subpoena, or in the alternative to exclude evidence related to Mr. Warshaw. This Court referred the matter to Judge Orrick for resolution. As of the date of this filing, Judge Orrick has not set the matter for a hearing or otherwise acted on Chief Kirkpatrick's motion to compel Mr. Warshaw's compliance.

The Parties anticipate beginning depositions during the late summer and early fall of 2021.

Chief Kirkpatrick anticipates deposing as many as twenty-five of the City's witnesses through the conclusion of discovery on December 3, 2021.

The City notes that Federal Rule of Civil Procedure 30(a) permits Plaintiff to take ten (10) depositions, and reserves its rights to challenge whether any additional depositions are necessary.

Dated:  June 3, 2021                                            KEKER, VAN NEST & PETERS LLP

By: /s/ *R. James Slaughter*
JOHN W. KEKER
R. JAMES SLAUGHTER
BRYN WILLIAMS
NICHOLAS GREEN
Attorneys for Plaintiff ANNE KIRKPATRICK

Dated:  June 3, 2021                                            COBLENTZ PATCH DUFFY & BASS LLP

By: /s/ *Katherine T. Van Dusen*
KATHARINE VAN DUSEN
KENNETH NABITY
DONOVAN L. BONNER

Attorneys for Defendant THE CITY OF OAKLAND, CALIFORNIA

**CERTIFICATION OF CONCURRENCE FROM ALL SIGNATORIES**

I, R. James Slaughter, am the ECF user whose ID and password are being used to file this Joint Case Management Statement and [Proposed] Order.  In compliance with N.D. Cal. Civ. L.R. 5-1(i)(3), I hereby attest that I have obtained the concurrence of each signatory to this document.

                                              */s/ R. James Slaughter*
                                              R. James Slaughter