UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE KIRKPATRICK,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND, CALIFORNIA,<br><br>Defendant. | Case No. 20-cv-05843-JSC<br><br>**ORDER NO. 2 RE: MOTION TO COMPEL NON-PARTY ROBERT WARSHAW TO RESPOND TO SUBPOENAS**<br><br>Re: Dkt. No. 37 |

Anne Kirkpatrick, the former Chief of the Oakland Police Department, brings retaliatory discharge and First Amendment claims against her former employer, the City of Oakland. In connection with her lawsuit, Chief Kirkpatrick served two subpoenas on non-party Robert A. Warshaw, Warshaw & Associates, and Police Performance Solutions LLC seeking documents related to Mr. Warshaw's work as the court-appointed Monitor and Compliance Director in *Allen, et al. v. City of Oakland, et al*., No. 00-cv- 4599 WHO, Dkt. No. 973 (N.D. Cal.).  Mr. Warshaw answered that he was unable to respond to the subpoenas because the court's orders in *Allen* precluded him from doing so. (Dkt. No. 37-1 at 121-22.) Plaintiff thereafter filed a motion to compel Mr. Warshaw to respond to the subpoenas. (Dkt. No. 37.)  The Court referred the motion to Judge Orrick who is presiding over the *Allen* action.  (Dkt. No. 43.)  On June 10, 2021, Judge Orrick ordered Mr. Warshaw and his entities not respond to the subpoenas. *Allen,* No. 00-cv- 4599 WHO, Dkt. No. 1451.  In light of Judge Orrick's order, Plaintiff's motion to compel is DENIED.

The Clerk shall attach Judge Orrick's order to this Order for filing.

//

This Order disposes of Docket No. 37.

**IT IS SO ORDERED.**

Dated: June 10, 2021

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge