KEKER, VAN NEST & PETERS LLP
JOHN W. KEKER - # 49092
jkeker@keker.com
R. JAMES SLAUGHTER - # 192813
rslaughter@keker.com
JULIA L. ALLEN - # 286097
jallen@keker.com
NICHOLAS R. GREEN - # 323959
ngreen@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Plaintiff ANNE KIRKPATRICK

KATHARINE VAN DUSEN (State Bar No. 276021)
KENNETH NABITY (State Bar No. 287927)
DONOVAN L. BONNER (State Bar No. 329593)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500
Telephone: 415-391-4800
Facsimile: 415-989-1663
Email:     ef-ktv@cpdb.com
           ef-kpn@cpdb.com
           ef-dlb@cpdb.com

Attorneys for Defendant THE CITY OF OAKLAND, CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANNE KIRKPATRICK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE CITY OF OAKLAND, CALIFORNIA, a public corporation,<br><br>　　　　Defendant. | Case No. 20-cv-05843<br><br>**UPDATED JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:　　August 12, 2021<br>Time:　　1:30 p.m.<br>Judge:　　Hon. Jacqueline S. Corley<br><br>Date Filed: August 19, 2020<br><br>Trial Date: May 16, 2022 |

Pursuant to Fed. R. Civ. P. 26(f) and 16, Local Rule 16-10(d), the Court's Standing Order governing case management statements, and the Court's June 10, 2021 Minute Order (Dkt. 47), Plaintiff Anne Kirkpatrick ("Plaintiff") and Defendant the City of Oakland, California ("Defendant" or "the City"), hereby submit the following Updated Joint Case Management Statement. The Parties incorporate by reference their prior Joint Case Management Statements and provide this report regarding progress of this matter since the June 10, 2021 Case Management Conference.

## I.     ADR/SETTLEMENT

The Parties have not engaged in significant settlement negotiations since the February 10, 2021 early settlement conference with Chief Magistrate Judge Spero. The Parties remain open to continued dialogue regarding a negotiated resolution, but believe that additional discovery and depositions are likely necessary before further ADR vehicles prove fruitful.

## II.    DISCOVERY

The Parties have completed initial disclosures under General Order 71 and begun formal discovery. Both sides have served interrogatories and requests for production and agreed to forego privilege logging for communications between litigation counsel and each respective party. Both sides have substantially completed document production and served privilege logs. There are some outstanding disagreements related to document discovery but the Parties are working in good faith to resolve those issues and do not presently anticipate the need for Court intervention. However, both sides reserve the right to raise issues related to document discovery with the Court through the procedure provided in the Court's Standing Order for Civil Cases.

The Parties are engaged in active coordination with respect to deposition scheduling. Chief Kirkpatrick has provided the City with an initial list of eleven core fact witnesses and the City has agreed to provide dates for those witnesses. The Parties have agreed on dates for nine of the eleven core City witnesses and Chief Kirkpatrick has formally served deposition notices for those witnesses. The first deposition is currently scheduled for August 20, 2021 (former Police Commissioner Tara Anderson), and the remaining depositions are scheduled throughout the late summer and fall, with the latest currently scheduled date October 27, 2021 (City Auditor

Courtney Ruby). Plaintiffs have requested, but not yet received, depositions dates for the two core witnesses that still require dates. Plaintiff also is still waiting on dates for the City's Rule 30(b)(6) deponents.

Chief Kirkpatrick anticipates that additional fact witness depositions are likely necessary. The City of Oakland listed forty-two individuals with knowledge of the facts and circumstances of this case its initial GO-71 disclosures. To try to streamline discovery and avoid expending unnecessary resources, Chief Kirkpatrick requested that the City identify any witnesses on the City's GO-71 disclosure that the City will stipulate not to call as a witness at trial and stipulate that the testimony of that witness will not be used for any purpose, so that Chief Kirkpatrick need not depose those individuals. If the City will not limit the universe of potential trial witnesses and refuses to agree to any additional depositions, Chief Kirkpatrick will likely seek the Court's leave to depose at least some of those witnesses before the close of fact discovery. The City notes that this matter was discussed at the last Case Management Conference, and that it has incorporated the Court's comments by choosing to forego a challenge to the twelve depositions Plaintiff has already noticed. The Parties do not currently have a dispute concerning depositions, and in the event Plaintiff elects to seek additional depositions, the City will evaluate the request and determine whether to oppose it. The City also notes that Plaintiff has elected to make use of the Rule 30(b)(6) process, giving it access to deposition testimony on every topic on which it would seek to present evidence at trial, likely obviating Plaintiff's need to depose every witness identified in initial disclosures. The Parties will work in in good faith to resolve any disagreement over the number of depositions and will seek Court guidance as needed if they cannot resolve the dispute.

Chief Kirkpatrick has also served an Amended Notice of Deposition on the City pursuant to Fed. R. Civ. P. 30(b)(6), which is currently set for August 30, 2021. The Parties have worked diligently to resolve disagreements related to the scope of the Topics in the Amended Notice and have reached agreement on some issues. However, the Parties have been unable to reach agreement on all issues and require the Court's assistance to resolve the impasse. The Parties have submitted a Joint Discovery Letter on this issue pursuant to the Court's Standing Order on

Civil Cases and will be prepared to discuss the outstanding disagreements on the Amended Notice at the August 12, 2021 Case Management Conference.

Dated:  August 5, 2021                                          KEKER, VAN NEST & PETERS LLP

                                              By:  /s/ *R. James Slaughter*
                                                   JOHN W. KEKER
                                                   R. JAMES SLAUGHTER
                                                   JULIA L. ALLEN
                                                   NICHOLAS GREEN

                                                   Attorneys for Plaintiff ANNE KIRKPATRICK

Dated:  August 5, 2021                                          COBLENTZ PATCH DUFFY & BASS LLP

                                              By:  /s/ *Katharine Van Dusen*
                                                   KATHARINE VAN DUSEN
                                                   KENNETH NABITY
                                                   DONOVAN L. BONNER

                                                   Attorneys for Defendant THE CITY OF OAKLAND, CALIFORNIA

**CERTIFICATION OF CONCURRENCE FROM ALL SIGNATORIES**

I, R. James Slaughter, am the ECF user whose ID and password are being used to file this Joint Case Management Statement and [Proposed] Order. In compliance with N.D. Cal. Civ. L.R. 5-1(i)(3), I hereby attest that I have obtained the concurrence of each signatory to this document.

/s/ R. James Slaughter
R. James Slaughter