UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE KIRKPATRICK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF OAKLAND, CALIFORNIA,<br><br>　　　　　Defendant. | Case No. 20-cv-05843-JSC<br><br>**ORDER RE: DISCOVERY DISPUTES** |

The Court held a further case management conference with the parties on September 29, 2021 at which various brewing discovery disputes were discussed. With respect to those disputes, the Court orders as follows.

1.　On or before October 1, 2021, Plaintiff shall identify for Defendant 10 instances in which Plaintiff contends Defendant improperly instructed a deponent not to answer a question on the basis of attorney-client privilege. By that same date Plaintiff shall identify the one instance in which she contends Defendant instructed a deponent not to answer a question on the basis of the Brown Act alone. On or before October 5, 2021, Defendant shall advise Plaintiff whether it withdraws the claim of privilege as to any of the 11 identified incidences. Plaintiff shall then provide Defendant with her portion of a discovery dispute joint letter brief that specifically addresses the 11 (or fewer, if applicable) claims of privilege on or before October 7, 2021. At the same time Plaintiff shall provide Defendant with the exhibits it wishes to attach to the joint letter. Defendant shall provide Plaintiff with its response and proposed additional exhibits on or before October 12, 2021 and Plaintiff shall incorporate her reply, if any (within the page limitation) and file the joint letter brief with the Court by October 14, 2021.

2.　Each party may take up to 20 depositions. Any 30(b)(6) deposition at which the

party poses questions to the deponent in her individual capacity counts toward the 20-deposition limit.

3. Plaintiff is seeking to compel the deposition of Ms. Dibley. She shall provide Defendant with her portion of a discovery dispute joint letter brief together with any proposed exhibits on or before October 4, 2021. Defendant shall provide Plaintiff with its responsive portion together with any proposed exhibits on or before October 7, 2021. Plaintiff shall incorporate her reply (within the page limitation) and file the joint letter brief on or before October 8, 2021.

4. Plaintiff shall provide Defendant with some form of a privilege log which allows Defendant to evaluate Plaintiff's claim of privilege with respect to communications with her public relations consultant on or before October 8, 2021.

5. The Court sets a further video Case Management Conference and hearing on the above discovery disputes (to the extent that they are filed) for October 21, 2021 at 10:00 a.m. An updated joint case management conference statement shall be filed by October 19, 2021.

This Order disposes of Docket No. 59.

**IT IS SO ORDERED.**

Dated: September 29, 2021

JACQUELINE SCOTT CORLEY
United States Magistrate Judge