UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE KIRKPATRICK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF OAKLAND, CALIFORNIA,<br><br>　　　　Defendant. | Case No. 20-cv-05843-JSC<br><br>**ORDER RE: ADMINISTRATIVE MOTIONS TO SEAL**<br><br>Re: Dkt. Nos. 83, 90, 92, 97 |

The parties have each filed administrative motions to seal in connection with Defendant's motion for summary judgment. (Dkt. Nos. 83, 92.)

Defendant's administrative motion to seal seeks leave to file two exhibits which it contends contain confidential personnel records (Exhibits 47 and 61) and excerpts from the Depositions of Anne Kirkpatrick (Exhibits 30 and 31) under seal. (Dkt. No. 83.) The motion is granted as to Exhibits 47 and 61. The motion is also granted as to the portions of Exhibits 30 and 31 which identify the individual referenced in the Declaration of Nicholas Green, but is otherwise denied. (Dkt. No. 90.) Plaintiff shall file revised redacted versions of Exhibits 30 and 31 on the public docket within five days.

Plaintiff's administrative motion to seal seeks to file under seal three exhibits Defendant designated as confidential. (Dkt. No. 92.) The motion is denied as to Exhibit 88 because Defendant has withdrawn its confidential designation. (Dkt. No. 97.) Plaintiff shall file Exhibit 88 on the public docket as produced by Defendant with privileged redactions within five days. Defendant's position with respect to Exhibits 89 and 103 is unclear. Those exhibits have been filed entirely under seal, but Defendant now maintains that only "limited portions" of these exhibits should remain under seal because they contain confidential personnel information. (Dkt.

No. 97 at 3.)  Defendant shall file revised redacted versions of these exhibits on the public docket within five days.

This Order disposes of Docket Nos. 83 and 92.

**IT IS SO ORDERED.**

Dated: April 6, 2022

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge