JONATHAN R. BASS (State Bar No. 75779)
KATHARINE VAN DUSEN (State Bar No. 276021)
KENNETH NABITY (State Bar No. 287927)
LAURA R. SEEGAL (State Bar No. 307344)
MARCIA VALADEZ VALENTE (State Bar No. 321852)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California 94104-5500
Telephone:    415.391.4800
Facsimile:     415.989.1663
Email:      ef-jrb@cpdb.com
            ef-ktv@cpdb.com
            ef-kpn@cpdb.com
            ef-lrs@cpdb.com
            ef-mvv@cpdb.com

Attorneys for Defendant CITY OF OAKLAND

KEKER, VAN NEST & PETERS LLP
JOHN W. KEKER - # 49092
jkeker@keker.com
R. JAMES SLAUGHTER - # 192813
rslaughter@keker.com
JULIA L. ALLEN - # 286097
jallen@keker.com
NICHOLAS R. GREEN - # 323959
ngreen@keker.com
MARIA F. BUXTON - # 318563
mbuxton@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:     415 397 7188

Attorneys for Plaintiff ANNE KIRKPATRICK

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ANNE KIRKPATRICK, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>THE CITY OF OAKLAND, CALIFORNIA, a public corporation,<br><br>    Defendant. | Case No. 3:20-cv-05843-JSC<br><br>**JOINT ADMINISTRATIVE MOTION SEEKING PERMISSION TO BRING EQUIPMENT IN THE COURTROOM FOR USE DURING TRIAL; [PROPOSED] ORDER**<br><br>Crtrm.:   8, 19th Floor<br>Judge:    Hon. Jacqueline Scott Corley<br><br>Action Filed:    August 19, 2020<br>Trial Date:       May 16, 2022 |

Pursuant to this Court's General Order No. 58 and Civil Local Rule 7-11, Plaintiff Anne Kirkpatrick ("Plaintiff") and Defendant the City of Oakland ("Defendant") (collectively, the "Parties") hereby move this Court for an Order granting counsel for the Parties, Keker, Van Nest & Peters LLP, Coblentz Patch Duffy & Bass LLP, their support staff, and vendors assisting such counsel, including but not limited to, SmartSource Rentals and Bennett Peak Consulting, permission to bring into the Federal Courthouse, located at 450 Golden Gate Avenue San Francisco, CA 94102, the following equipment and materials for purposes of trial:

1. Laptop computers;
2. Two (2) 4x3 monitors ;
3. Docking station(s)
4. Keyboards and mice;
5. Thumb drives;
6. External hard drive;
7. MiFi;
8. One (1) VGA switch;
9. Fender speakers with cables
10. Laser pointer(s);
11. Printer(s);
12. Four (4) tech tables;
13. Two (2) projector stands with skirts
14. Assorted cables, adapters, extension cords, surge protectors and gaffer tape;
15. General office supplies; and
16. Bookcase cart(s).

Counsel for the Parties further request permission to set up the equipment in the courtroom of the Honorable Jacqueline Scott Corley, Courtroom 8, 19th Floor, at 9:00 a.m. on May 12, 2022, and to leave said equipment in the courtroom from day to day and overnight until completion of trial.

///

| | | |
|---|---|---|
| DATED: May 4, 2022 | | COBLENTZ PATCH DUFFY & BASS LLP |

By:    */s/ Katharine Van Dusen*
JONATHAN R. BASS
KATHARINE VAN DUSEN
KENNETH NABITY
LAURA R. SEEGAL
MARCIA VALADEZ VALENTE

Attorneys for Defendant CITY OF OAKLAND

DATED: May 4, 2022                KEKER, VAN NEST & PETERS LLP

By:    */s/ Julia L. Allen*
JOHN W. KEKER
R. JAMES SLAUGHTER
JULIA L. ALLEN
NICHOLAS GREEN
MARIA F. BUXTON

Attorneys for Plaintiff ANNE KIRKPATRICK

**ATTESTATION REGARDING SIGNATURES**

I, Katharine Van Dusen, am the ECF user whose identification and password are being used to file the foregoing JOINT ADMINISTRATIVE MOTION SEEKING PERMISSION TO BRING EQUIPMENT IN THE COURTROOM FOR USE DURING TRIAL. In compliance with Local Rule 5-1(i)(3), I hereby attest that all parties have concurred in this filing.

                                           */s/ Katharine Van Dusen*
                                           Katharine Van Dusen

**[PROPOSED] ORDER**

Having considered the Parties' Joint Administrative Motion Seeking Permission to Bring Equipment in the Courtroom for Use During Trial, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that counsel for the Parties, Keker, Van Nest & Peters LLP, Coblentz Patch Duffy & Bass LLP, their support staff, and vendors assisting such counsel, including but not limited to, SmartSource Rentals and Bennett Peak Consulting, may bring into the Federal Courthouse, located at 450 Golden Gate Avenue San Francisco, CA 94102, the following equipment and materials for purposes of trial:

1. Laptop computers;
2. Two (2) 4x3 monitors ;
3. Docking station(s)
4. Keyboards and mice;
5. Thumb drives;
6. External hard drive;
7. MiFi;
8. One (1) VGA switch;
9. Fender speakers with cables
10. Laser pointer(s);
11. Printer(s);
12. Four (4) tech tables;
13. Two (2) projector stands with skirts
14. Assorted cables, adapters, extension cords, surge protectors and gaffer tape;
15. General office supplies; and
16. Bookcase cart(s).

Court staff, including assistant U.S. Marshals on duty at the time, are directed to allow and to take such steps as reasonably necessary to facilitate the foregoing activity. Counsel for the

///

///

1  Parties, their support staff, and vendors are permitted to bring the materials into the Courthouse on
2  May 12, 2022, and may remove the materials following the conclusion of trial.

3  **IT IS SO ORDERED.**

4  DATED: ___May 6_____, 2022

```
                                      _____
                                      HON. JACQUELINE SCOTT CORLEY
                                      UNITED STATES DISTRICT COURT JUDGE
```