UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE KIRKPATRICK,<br><br>          Plaintiffs,<br><br>   v.<br><br>CITY OF OAKLAND, CALIFORNIA,<br><br>          Defendants. | Case No. 20-cv-05843-JSC<br><br>**REFRESHMENT ORDER** |

IT IS HEREBY ORDERED that the United States District Court Jury Commissioner shall furnish daily morning refreshments and pastries for the members of the jury in the above-entitled matter beginning **May 17, 2022**, for the duration of the trial, and lunch during jury deliberations, at the expense of the United States. The trial will be held in **Courtroom 8, 19th Floor**, 450 Golden Gate Avenue, San Francisco, California 94102.

**IT IS SO ORDERED.**

Dated: May 6, 2022

_____
JACQUELINE SCOTT CORLEY
United States District Judge