UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE KIRKPATRICK,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF OAKLAND, CALIFORNIA,<br><br>  Defendant. | Case No. 20-cv-05843-JSC<br><br>**ORDER RE: OBJECTIONS TO DEPOSITION DESIGNATIONS**<br><br>Re: Dkt. No. 178 |

### A. VIRGINIA GLEASON DESIGNATIONS

1. Exhibit 202 and any testimony regarding the exhibit is excluded as irrelevant and to the extent there is any relevancy, it is outweighed by its danger of unfair prejudice.

2. Plaintiff's designation of testimony regarding why Ms. Kirkpatrick thought she did not get the Memphis position is excluded.

3. Pages 173-180 objections by both parties sustained.

5. Page 181:13-16 objection overruled.

6. Pages 181:23 to 185 objections by both parties sustained.

7. Pages 234 to 236, 238 objections by both parties overruled.

8. Page 241 to 242, 250-251, 276-281, 285-291, 302-303 objections sustained.

### B. CHIEF ARMSTRONG DESIGNATIONS

1. Pages 26 to 29, 32 to 34, 61 objections overruled.

2. Pages 70 to 72:7, objection overruled.

3. Pages 79-87, 102-103 objections by both parties sustained.

4. Pages 119-120 objection overruled.

5. Pages 124-125 objection sustained.

1.     6.    Pages 126 to 130:5 objection overruled.
2.     7.    Pages 130 to 131 objection sustained.
3.     8.    Pages 138:1-12 objection sustained.
4.     9.    Pages 138:14 to 144:6 objections overruled.
5.     10.    Page 144:11-15, objection sustained.
6.     11.    Page 145 objection sustained.

**IT IS SO ORDERED.**

Dated: May 25, 2022

JACQUELINE SCOTT CORLEY
United States District Judge