

We are all present!

Today 8:26 AM

We are all here!

Today 12:13 PM

We are beginning deliberation

Today 2:52 PM

The rest of the jury wants me to relay that if the judge can't give us a number, we have determined a number