KEKER, VAN NEST & PETERS LLP
JOHN W. KEKER - # 49092
jkeker@keker.com
R. JAMES SLAUGHTER - # 192813
rslaughter@keker.com
JULIA L. ALLEN - # 286097
jallen@keker.com
NICHOLAS GREEN - # 323959
ngreen@keker.com
MARIA F. BUXTON - # 318563
mbuxton@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

Attorneys for Plaintiff
ANNE KIRKPATRICK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANNE KIRKPATRICK,<br><br>  Plaintiff,<br><br>v.<br><br>THE CITY OF OAKLAND, CALIFORNIA, a public corporation,<br><br>  Defendant. | Case No. 3:20-cv-05843-JSC<br><br>**STIPULATION OF DISMISSAL**<br><br>Dept.:     Courtroom 8—19th Floor<br>Judge:    Hon. Jacqueline S. Corley<br><br>Date Filed: August 19, 2020<br><br>Trial Date: May 16, 2022 |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Anne Kirkpatrick and Defendant City of Oakland hereby stipulate and agree that the above-captioned matter is dismissed with prejudice and that each party shall bear its own costs and fees.

Dated: August 31, 2022                          KEKER, VAN NEST & PETERS LLP

                                        By:   /s/ R. James Slaughter
                                              JOHN W. KEKER
                                              R. JAMES SLAUGHTER
                                              JULIA L. ALLEN
                                              NICHOLAS GREEN
                                              MARIA F. BUXTON

                                              Attorneys for Plaintiff
                                              ANNE KIRKPATRICK

Dated: August 31, 2022                          COBLENTZ PATCH DUFFY & BASS LLP

                                        By:   /s/ Katharine Van Dusen
                                              JONATHAN R. BASS
                                              KATHARINE VAN DUSEN
                                              KENNETH NABITY
                                              LAURA R. SEEGAL
                                              MARCIA VALADEZ VALENTE

                                              Attorneys for Defendant
                                              THE CITY OF OAKLAND, CALIFORNIA

## CERTIFICATE OF CONCURRENCE

Pursuant to Civil Local Rule 5-1 regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: August 31, 2022

                                        By:   /s/ R. James Slaughter
                                              R. JAMES SLAUGHTER